AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

Jun 18, 2025

SEAN F. McAVOY, CLERK

ROGER W. FLOOK, JR.

|  |  |
|---|---|
| _Plaintiff_ | ) |
| v. | ) |
| RON HAYNES | ) |
|  | ) |

Civil Action No.   2:24-CV-0208-TOR

_Defendant_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❏  the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑  other:  Pursuant to the Court Order at ECF No. 19, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, ECF No. 1, is DENIED and DISMISSED with prejudice.
Judgment of dismissal with prejudice is entered.

This action was _(check one)_:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Thomas O. Rice.

Date:  6/18/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
_(By) Deputy Clerk_

Brian Molony